

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-440-CR

ROBERT ALLAN JOY                                        APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

### FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT
----------

We have considered appellant's "Motion To Withdraw Notice Of Appeal."

The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: DAUPHINOT, LIVINGSTON, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 25, 2010

---

[1] *See* Tex. R. App. P. 47.4.